Court, Appellate Division, First Department. June 23, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Louise METZLER, as administratrix, etc., of William Metzler, deceased, respondent, v. LONG ISLAND RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

In the matter of the claim of Helena MEYER for compensation under the Workmen's Compensation Law, respt., v. MORRIS & COMPANY, employer, and Zurich General Accident & Liability Insurance Company, insurer, applts. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Award unanimously affirmed.

In the matter of the claim of Helena MEYER, for compensation for herself for the death of her husband, Christopher Otto Meyer, under the Workmen's Compensation Law, claimant-respondent, v. MORRIS & COMPANY, employer, and Zurich General Accident & Liability Insurance Company, Limited, insurance carrier, defendants-appellants. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Motion denied.

Charles H. MEYER, respondent, v. VILLAGE OF SOUTH NYACK, appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Henrietta MICHAELIS, Applt., v. DRY DOCK SAVINGS INSTITUTION et al., Respts. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Milford P. MILKS, respt., v. DELAWARE, L. & W. R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Order affirmed with $10 costs and disbursements. All concur.

John II. MILLARD and one, respt., v. BARON STEUBEN CO-OPERATIVE FIRE INSURANCE CO., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order affirmed with costs. All concur, except Foote and Merrell, JJ., who dissent, upon the ground that the defendant was not in any way informed that the papers it received had been furnished by plaintiffs as proofs of loss.

John A. MILLER et al., respts., v. BUFFALO & WILLIAMSVILLE ELECTRIC RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment affirmed with costs. All concur.

Robert P. MILLER v. Clinton S. ZIMMERMAN. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Application granted. Order signed.

MISSISSIPPI VALLEY TRUST CO., ancillary executor, etc., of Marx Hammer, deceased, respt., v. MASONIC LIFE ASSOCIATION, applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment and order affirmed with costs. All concur.

Frank E. MITCHELL, Applt., v. Ludolph G. SCHROEDER, Respt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Order (94 Misc. Rep. 270, 158 N. Y. Supp. 31) affirmed, with $10 costs and disbursements for the reasons stated by Mr. Justice Lehman at the Appellate Term. Order filed.

M. M. HART, Inc., v. Nana E. PFIZER, impld., etc. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied, with $10 costs. Order filed.

Harry S. MOCKFORD, respt., v. Martin V. TEETOR, applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order affirmed with costs. All concur.

Edwin W. MOORE, Respt., v. Jennie BRUNN et al., as Exrs., etc., Applts. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Harriet A. A. MOORE, as admx., etc., respt., v. ERIE R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is against the weight of the evidence, both upon the question of the defendant's negligence and freedom from contributory negligence on the part of the deceased. All concur.

Henry MORAN, Respt., v. NEW YORK RAILWAYS CO., Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment to $987.66, without costs, in which event the judgment, as so modified, and the order appealed from, are affirmed, without costs. No opinion. Settle order on notice.

Elenor L. MORGAN and Frank S. Waller, appellants, v. Elmer E. SANBORN, as executor, etc., respondent, and Emma L. Waller et al., appellants. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Motion to resettle order granted. Let a clean copy of the order proposed by the defendants-appellants be presented to the presiding Justice for signature.

Harry L. MORRIS, Applt., v. Francis E. WALBRIDGE, Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

C. Kirtland MORSE, appellant, v. Arthur B. HARRISON, respondent. (Supreme Court, Appellate Division, Second Department. June 16,